IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Misc. No.: 2:16mc197 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALL FUNDS ON DEPOSIT UP TO $1,100,000 AT COMERICA BANK ACCOUNT NUMBER *******1328, IN THE NAME OF FOUR SEASONS, AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER ********7325, IN THE NAME OF FOUR SEASONS GENERAL MERCHANDISE INC. | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants *In Rem*. | ) | |

**DATE OF NOTICE:**        MAY 19, 2016

**TO:**

Ariel A. Neuman
Counsel for Four Seasons General Merchandising
Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

Jean Nelson
Counsel for Four Seasons General Merchandising
Scheper Kim & Harris LLP
601 West 5th Street, 12th floor
Los Angeles, CA 90071

Matthew Hubbell
Counsel for Four Seasons General Merchandising
Hubbell Law Firm
Seven State Street
Charleston, SC 29401

This Notice of Judicial Forfeiture Action ("Notice") is sent to you pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules").

On or about March 25, 2016, the DEA and United States Attorney for the District of South Carolina obtained and executed a seizure warrant for the above-described Defendant Property. The seizure warrant was executed because the Defendant Property is alleged to be subject to forfeiture to the United States pursuant to 21 U.S.C. § 881 and 18 U.S.C. §§ 981 (a)(1)(A) and 981(a)(1)(C) as it was involved in violations of federal criminal laws.

Any persons who wish to contest the forfeiture of the Defendant Property must file a Claim. The Claim asserting an interest in the Currency must be filed not later than <u>35 days</u> after the date this Notice is sent to you.

The Claim must meet the requirements of Supplemental Rule G(5)(a), which provides, in part, that any such Claim must:

      (A)    identify the specific property claimed;
      (B)    identify the Claimant, and state the claimant☐s interest in the property;
      (C)    be signed *by the Claimant* under penalty of perjury; and
      (D)    be served on the government attorney, who in this case is Carrie Fisher Sherard

Claims must be filed with the Clerk of the United States District Court at the address shown below.

      **Charleston Federal Courthouse**
      85 Broad Street
      Charleston, South Carolina 29401

In addition, a copy of the Claim must be served upon the attorney for the Government, Carrie Fisher Sherard, at the address shown below.

      Carrie Fisher Sherard
      Office of the United States Attorney
      55 Beattie Place, 7th Floor
      Greenville, South Carolina 29601

[SIGNATURE PAGE TO FOLLOW]

        Respectfully submitted,

        WILLIAM N. NETTLES
        UNITED STATES ATTORNEY

BY:    <u>s Carrie Fisher Sherard</u>
        Carrie Fisher Sherard
        Assistant United States Attorney
        55 Beattie Place, 7th Floor
        Greenville, South Carolina 29601
        Telephone: (864) 282-2100

May 19, 2016